## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY CIARLA, | ) | CASE NO.  4:08CV1351 |
| | ) | |
| PLAINTIFF , | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| CORRECTIONS CORPORATION | ) | MEMORANDUM OPINION AND |
| OF AMERICA, *et al.*, | ) | ORDER |
| | ) | |
| DEFENDANTS. | ) | |

On October 17, 2008, this Court issued an order referring this case to Magistrate Judge George J. Limbert for general pretrial supervision, including all motions.  (Dkt. # 7).  On September 15, 2009, Magistrate Judge Limbert issued a Report and Recommendation ("R&R") recommending that the Court dismiss this case in its entirety with prejudice.  (Dkt. # 29).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (14) days after service.  On September 29, 2009, Plaintiff filed a Motion for Extension of Time until November 30, 2009, to file objections to Magistrate Judge Limbert's R&R, which the Court granted on October 22, 2009.  To this date, Plaintiff nor Defendant have filed any such objections.

Therefore, the Court must assume that the parties are satisfied with Magistrate Judge Limbert's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  <u>Thomas v. Arn</u>, 728

1

F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947

(6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert is hereby

**ADOPTED**.  (Dkt. # 29).  Defendant's Motion for Summary Judgment is **GRANTED**.

(Dkt. # 23).

**IT IS SO ORDERED**.

/s/ Peter C. Economus – January 4, 2010
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE

2